

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-26-00034-CV

IN THE INTEREST OF H.B. AND K.B., CHILDREN

On Appeal from the County Court at Law
Bowie County, Texas
Trial Court No. 16D1627-CCL

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

# MEMORANDUM OPINION

Appellant, Steven Ballard, has filed a motion with this Court seeking to voluntarily dismiss his appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.1(a)(1).


Jeff Rambin
Justice

Date Submitted:     June 24, 2026
Date Decided:     June 25, 2026